No. 762. GORDON v. RAGEN, WARDEN. December 23, 1946. Petition for writ of certiorari to the Circuit Court

798

of Appeals for the Seventh Circuit denied.